**Order filed May 7, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00198-CR

_____

## RONALD EDGAR LEE, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 19309B**

### O R D E R

This appeal has become unduly stalled due to the failure of Appellant's appointed counsel, Paul W. Hanneman, to file an appellate brief. The brief was originally due on December 1, 2014. This court has previously granted two extensions of time to file Appellant's brief, and Hanneman has now filed a third motion for extension. Today, we grant that motion in part and extend the deadline in which to file Appellant's brief to June 15, 2015.

By this order, Paul W. Hanneman is **ORDERED** to file in this court a brief on behalf of Appellant on or before **Monday, June 15, 2015**.  At that time, Appellant's brief shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov.

PER CURIAM

May 7, 2015

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.